McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-243 AWI |
| Plaintiff, | ORDER CONTINUING MOTIONS HEARING |
| v. | |
| LEM PHIN, et al., | |
| Defendants. | |

The Untied States of America, by and through McGregor W. Scott, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, have stipulated to a continuance of the motions hearing in this case, currently set for July 7, 2008, to July 14, 2008 at 9:00 a.m.

IT IS HEREBY ordered that the motions hearing in this case be continued until July 14, 2008 at 9:00 a.m.

///

///

///

///

///

1

IT IS HEREBY ORDERED that the time between July 7, 2008 and the court's decision on the pending motions be excluded from the Speedy Trial Clock pursuant to 18 United States Code, § 3161(h).

DATED: July 2, 2008    McGREGOR W. SCOTT
United States Attorney

/s/ Kathleen A. Servatius
Assistant United States Attorney

DATED: July 2, 2008    /s/ Salvatore Sciandra
Attorney for Defendant, Lem Phin

DATED: July 2, 2008    /s/ Harry Drandell
Attorney for Defendant, Orm Hieng

**ORDER**

IT IS SO ORDERED.

**Dated:   July 3, 2008**    **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE