SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, LEM PHIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: 1:07-CR-00243-AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE AND MOTIONS HEARING |
| v. | |
| LEM PHIN, | Date:     Tuesday, August 12, 2008 |
| Defendant. | Time:     9:00 a.m. |
| | Courtroom: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendants by and through their respective attorneys, that the time set for the Status Conference and Motions hearing set for Tuesday, August 12, 2008 be moved from 9:00 a.m. to 1:30 p.m. as Mr. Sciandra has another hearing set for that morning.

Respectfully submitted,

DATED: July 22, 2008          /s/   Salvatore Sciandra
                              SALVATORE SCIANDRA
                              Attorney for Defendant,
                              LEM PHIN

DATED: July 22, 2008          /s/ Harry M. Drandell
                              HARRY M. DRANDELL
                              Attorney for Defendant,
                              ORM HIENG

/ / /

DATED: July 22, 2008                          /s/   Kathleen A. Servatius
                                              KATHLEEN A. SERVATIUS
                                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   August 1, 2008**                    /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE