McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-CR-243 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING |
| v. | ) | DATE:  September 9, 2008<br>TIME:  2:00 p.m.<br>HONORABLE Anthony W. Ishii |
| LEM PHIN, et. al., | ) | |
| Defendants. | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and request that the evidentiary hearing, currently set for September 9, 2008, be moved to September 16, 2008 at 9:00 a.m.  The parties further request that time be

///
///
///
////
///
///
///

1

excluded and through the date of the court's decision on the motions due to the pendency of the defendants' motions. See 18 U.S.C. § 3161(h).

DATED: September 8, 2008         McGREGOR W. SCOTT
                                 United States Attorney

                            By   /s/ Kathleen A. Servatius
                                 KATHLEEN A. SERVATIUS
                                 Assistant U.S. Attorney

DATED: September 8, 2008         /s/ Salvatore Sciandra
                                 Attorney for Lem Phin

DATED: September 8, 2008         /s/ Harry Drandell
                                 Attorney for Orm Hieng

## ORDER

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorney, have stipulated to a continuance of the motions hearing in this case, currently set for September 9, 2008 at 2:00 p.m. to September 16, 2008 at 9:00 a.m. The government has requested the continuance in order to permit it to file responses to the pending motions which have not been completed due to government's unavailability as she was involved in a three-week trial.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the motions hearing in this case be continued until September 16, 2008 at 9:00 a.m.

IT IS HEREBY ORDERED that the time between September 9, 2008 and the court's decision on the pending motions be excluded from the Speedy Trial Clock pursuant to 18 United States Code, Section 3161(h).

IT IS SO ORDERED.

**Dated:   September 9, 2008**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE