**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Orm Hieng

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:07-CR-00243 OWW** |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. ) | |
| ORM HIENG, ) | Date: April 13, 2009 |
| Defendant. ) | Time: 9:00 a.m. HON. OLIVER W. WANGER Dept: 3 |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the sentencing hearing presently scheduled before the Honorable Oliver W. Wanger for April 13, 2009, at 9:00 a.m., be continued to May 11, 2009, at 9:00 a.m.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: April 1, 2009

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Orm Hieng

///

///

DATED: April 1, 2009

/s/ Salvatore Sciandra
_____
SALVATORE SCIANDRA
Attorney for Defendant, Lem Phin

DATED: April 1, 2009

/s/ Laurel Montoya
_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

IT IS HEREBY ORDERED that the sentencing hearing presently set for April 13, 2009, at 9:00 a.m. is continued to May 11, 2009, at 9:00 a.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3

IT IS SO ORDERED.

**Dated:   April 1, 2009**          /s/ Oliver W. Wanger
                                    _____
                                    UNITED STATES DISTRICT JUDGE