```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8
              IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                     EASTERN DISTRICT OF CALIFORNIA
10
11
12
    UNITED STATES OF AMERICA,    )   CR. NO. 1:07-CR-00243 OWW
13                               )
              Plaintiff,         )   STIPULATION AND PROPOSED
14                               )   ORDER TO CONTINUE SENTENCING
         v.                      )   HEARING
15                               )
    ORM HIENG,                   )   DATE: May 11, 2009
16                               )   TIME: 9:00 A.M.
              Defendant.         )   PLACE: Courtroom Three
17                               )   Honorable Oliver W. Wanger
    _____)
18
19
20       IT IS HEREBY STIPULATED by and between the parties hereto
21  through their respective counsel, LAUREL J. MONTOYA, Assistant
22  U.S. Attorney for Plaintiff and Harry Drandell, attorney for
23  Defendant, that the sentencing hearing currently scheduled for May
24  11, 2009 at 9:00 a.m. shall be continued until June 22, 2009 at
25  ///
26  ///
27  ///
28  ///

                                   1
```

9:00 a.m.  This continuance is necessary for both parties to have additional time to prepare for the hearing.

DATED: May 7, 2009                    Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney


                                      By: /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant U.S. Attorney


DATED: May 7, 2009                    /s/ Harry Drandell
                                      HARRY DRANDELL
                                      Attorney for Defendant


**ORDER**

   IT IS HEREBY ORDERED THAT the date set for the sentencing hearing be continued to June 22, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 7, 2009**                    /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE