UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0243 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TO FILE REPORT UNDER SEAL |
| | ) | |
| v. | ) | |
| | ) | |
| LEM PHIN and ORM HEING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has received the mental health report on the Defendant, Lem Phin, dated August 25, 2011 prepared by the Risk Assessment Panel at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri.  This report shall be filed under seal.

IT IS SO ORDERED.

Dated:   September 2, 2011              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1